AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

CHARLES EDWARD SNELL; PATRICA ANN SNELL;
and A.C., a minor,

        Plaintiffs,

        **V.**

YOUTH DENTISTRY OF AUGUSTA,
GEORGIA,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   CV 126-050

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered June 4, 2026, adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, this case is dismissed for lack of subject matter jurisdiction.   This case stands closed.

| | | |
|---|---|---|
| 6/4/2026 |  | John E. Triplett, Clerk of Court |
| *Date* | | *Clerk* |
| | | *(By) Deputy Clerk* |

GAS Rev 10/2020